IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRENNAN ADRIAN JONES,<br><br>Plaintiff,<br><br>vs.<br><br>LAKE COUNTY, MONTANA; SHERIFF DON BELL; and DOES 1–10,<br><br>Defendants. | CV 22–172–M–DWM<br><br><br>ORDER |

Plaintiff having filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

IT IS ORDERED that the above-captioned cause is DISMISSED WITHOUT PREJUDICE. All deadlines are VACATED.

DATED this 26th day of March, 2024.

_____
Donald W. Molloy, District Judge
United States District Court